UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BLACKWATER DIVING, LLC                    CIVIL ACTION

VERSUS                                    NO: 09-3485

OSA INTERNATIONAL, LLC                    SECTION: "J" (1)

**ORDER**

Before the Court is Plaintiff's **Objection to Magistrate Judge's Discovery Ruling (Rec. Doc. 154).** Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that Plaintiff's objection is **DENIED.**

A magistrate judge's ruling on a nondispositive motion may be appealed to the district court. Fed R. Civ. P. 72(a). When objections are raised to such a motion the district judge must consider them timely and "modify or set aside any part of the order that is clearly erroneous or contrary to law." Id. Under this standard a magistrate judge's decision must be affirmed unless "on the entire evidence [the court] is left with a definite and firm conviction that a mistake has been committed." United States v. United States Gypsum Co., 333 U.S. 364, 395 (1948). After reviewing the case, the magistrate judge's order

and the arguments of the parties the Court finds that no such mistake has been made in the magistrate judge's Order (Rec. Doc. 134). Accordingly,

**IT IS ORDERED** that Plaintiff's **Objection to Magistrate Judge's Discovery Ruling (Rec. Doc. 154)** is hereby **DENIED.**

New Orleans, Louisiana, this 25th day of November, 2009.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE